**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    JAMES R BROWN<br><br>    JOANN BROWN<br><br>                       Debtor(s) | ) CASE NO: 07-40492-399  Chapter 13<br>)<br>) Trustee's Objection to Confirmation<br>)<br>) Original confirmation hearing<br>) set for Apr 05, 2007  9:00 AM |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Debtor lacks sufficient income to fund the plan.
2. AMEND BUDGET TO REFLECT LOSS OF EMPLOYMENT INCOME.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                                            /s/ John V. LaBarge, Jr.

KLW-221                                          --------------------------------
                                                        John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on February 27, 2007 :  St. Louis, MO 63143    (314) 781-8100
                                                        trust33@ch13stl.com   Fax:(314) 781-8881

CASTLE LAW OFFICE OF ST LOUIS
500 N BROADWAY
STE 1400
ST LOUIS MO  63102

JAMES R & JOANN BROWN
9830 CLYDE AVE
SAINT LOUIS MO  63125