UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| James R. & Joann Brown, | ) | Case No. 07-40492-399 |
| | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MISSOURI DEPT. OF REVENUE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | **Debtors' Answer to Motion** |
| vs. | ) | **to Dismiss** |
| | ) | |
| James R. & Joann Brown, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**DEBTORS' ANSWER TO MOTION TO DISMISS**

Come now Debtors, James R. and Joann Brown, by and through their attorney, and answer the Missouri Department of Revenue's Motion to Dismiss, as follows:

1. Debtors admit each and every allegation contained in paragraphs 1 and 6.

2. Debtors have insufficient information to admit or deny each and every allegation contained in paragraphs 2, 3, 4 and 5.

3. Debtors are in the process of obtaining their income tax return and/or affidavit for the year of 2006. Debtors requests that this matter be set for hearing.

WHEREFORE, the Debtor pray the Court refuse the Missouri Department of Revenue's Motion to Dismiss and for such other relief as the Court deems just and proper.

```
                            RESPECTFULLY SUBMITTED,

                            CASTLE LAW OFFICE,

        /s/James R. Brown, EDMO #46155; MO #42100
           Melanie Schertel, EDMO #119424 MO #51840
           Jonathan Bocklage, EDMO #517874 MO #57740
           Jennifer Alter, EDMO #536692 MO #58814
           Attorney for Debtors
           CASTLE LAW OFFICE OF ST.LOUIS, P.C.
           701 Market Street, Ste. 1170
           St. Louis, MO 63101
           (314)436-3300
           (314) 241-7889 Fax
           Tharper@castlelaw.net
```

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Debtors' Answer to Motion to Dismiss filed by Missouri Department of Revenue, was mailed to all partied who HAVE NOT BEEN ELECTRINICALLY NOTIFIED, including the Debtors this 3rd day of May, 2007.

                            /s/ Robert Zerkel

```
Missouri Department of Revenue
General Counsel's Office
301 W. High St., Rm. 670
P.O. Box 475
Jefferson City, MO  65105-0475

John V. LaBarge, Jr.
Chapter 13, Standing Trustee
P.O. Box 430908
St. Louis, MO  63143
```